NEW YORK MOBILE HOMES ASSN. ET AL. *v.*
STECKEL, SUPERVISOR OF THE TOWN
OF CHILI, ET AL.

No. 609.   Decided March 19, 1962.

*William L. Clay* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Ruth Kessler Toch,* Assistant Solicitor General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE WHITTAKER took no part in the consideration or decision of this case.